UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RANDY D. FISHER, | No. 07-36096 |
| Petitioner - Appellant, | D.C. No. CV-05-00829-PA District of Oregon, Portland |
| v. | |
| OREGON BOARD OF PAROLE AND POST PRISON SUPERVISION; BRIAN BELLEQUE, | ORDER |
| Respondents - Appellees. | |

Before: PAEZ and CLIFTON, Circuit Judges, and BURNS,[*] District Judge.

The Memorandum Disposition filed on January 18, 2011, is hereby withdrawn and vacated.

Within 14 days of the filing of this Order, each party shall submit a letter-brief addressing what effect, if any, the United States Supreme Court decision in *Swarthout v. Cooke,* 562 U.S. ____ (2011) has on this matter. The letter-briefs shall not exceed five pages.

The court will file a new disposition in due course.

---

[*] The Honorable Larry A. Burns, District Judge for the U.S. District Court for Southern California, San Diego, sitting by designation.